**Order entered July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00677-CV

**SAMUEL G. BREITLING AND JOANN S. BREITLING, Appellants**

**V.**

**LNV CORPORATION, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-15-00911-C**

## ORDER

We **GRANT** the July 27, 2015 motion to withdraw filed jointly by appellants and attorney Wade Kricken and **DIRECT** the Clerk of the Court to remove Mr. Kricken as counsel for appellants. All future communications to appellants regarding this appeal shall be sent directly to them as follows:

Samuel G. Breitling and JoAnn Breitling
1704 Cornwall Lane
Sachse, Texas 75048
(214) 674-6572
joannbreitling@yahoo.com.

On the Court's own motion, we grant appellants additional time to file their brief and **ORDER** the brief be filed no later than August 27, 2015.

/s/    CRAIG STODDART
        JUSTICE